Anthony R. Bisconti, State Bar No. 269230
tbisconti@bklwlaw.com
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
360 W. 2nd Street, Ste. 625
Los Angeles, CA 90012
Telephone (213) 528-3400
Facsimile (949) 369-3701

Attorneys for Specially-Appearing Defendants
TL x HF LLC and Loyalist, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COLLEGESTREET IMPORT & EXPORT (TIANJIN) CO., LTD., Plaintiff, v. XL X HF LLC, LOYALIST, LLC, and DOES 1 -20, inclusive, Defendants. | Case No. 4:23-cv-02303-AGT<br><br>**SPECIALLY APPEARING DEFENDANTS TL X HF LLC AND LOYALIST, LLC'S RESPONSE TO OSC RE: SUBJECT-MATTER JURISDICTION [DKT. NO. 21]**<br><br>[Removed from the Superior Court of the State of California, County of Alameda]<br><br>Alameda Superior Court Case No. 23CV028584<br><br>Action Filed: March 2, 2023<br>Trial Date:    None Set |
|---|---|

Defendants Loyalist LLC ("Loyalist") and XL X HF LLC ("XLxHF" and, together with Loyalist, "Defendants") submit this response to the Court's *OSC Re: Subject Matter Jurisdiction* (the "OSC") entered August 11, 2023. Dkt. No. 21, as follows:

Defendants have carefully reviewed the OSC and appreciate the time and attention the Court and its staff has given this matter. Defendants believe their unchallenged notice of removal of this case contains sufficient allegations, which are undisputed, for this Court to maintain subject-matter jurisdiction over this proceeding. *See, e.g. Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 87 (2014) (". . . a defendant seeking to remove a case to a federal court must file in the federal forum a notice of removal containing a short and plain statement of the grounds for removal. § 1446(a). By design, § 1446(a) tracks the general pleading requirement stated in Rule 8(a) of the Federal Rules of Civil Procedure.) (internal quotation and citation omitted). "The legislative history of § 1446(a) is corroborative. Congress, by borrowing the familiar 'short and plain statement' standard from Rule 8(a), intended to simplify the pleading' requirements for removal and to clarify that courts should apply the same liberal rules [to removal allegations] that are applied to other matters of pleading." *Id.* (internal citations and quotations omitted) (disapproving decisions requiring "detailed pleading").

Notwithstanding the foregoing, and while reserving all arguments Defendants have raised in their motion to dismiss this case, Defendants do not otherwise oppose the Court's remand to Alameda County superior court if the Court determines that it does not have subject-matter jurisdiction over these proceedings based on the record currently before it.

Dated: August 18, 2023

**BIENERT KATZMAN LITTRELL WILLIAMS LLP**

By: /s/ Anthony R. Bisconti
Anthony R. Bisconti
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 18, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

                                          */s/ Toni Thomas*
                                          Toni Thomas